UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FRANK L MCCALL JR #130746 | CIVIL ACTION NO. 5:07CV573   SEC P |
| VERSUS | JUDGE WALTER |
| NORMAN R GORDON & ASSOC | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM ORDER

On 3/27/07, a complaint was filed by the plaintiff. On 3/28/07, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to resubmit the complaint and the in forma pauperis application on an approved form. Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on 3/27/07, be, and hereby is, stricken from the record.

THUS DONE May 14, 2007, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE